# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 17, 2011

Lyle W. Cayce
Clerk

No. 10-10926
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ORLEAN ARTURO VELASQUEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:10-CR-66-6

Before DAVIS, SMITH and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Orlean Arturo Velasquez appeals the sentence imposed for conspiring to possess with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846. The district court sentenced him to 135 months of imprisonment and five years of supervised release.

There was no error, plain or otherwise, in the district court's application of the drug Guideline, U.S.S.G. § 2D1.1, rather than the robbery Guideline, § 2B3.1, to calculate the guidelines range. *See* § 1B1.2(a); U.S. SENTENCING

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-10926

GUIDELINES MANUAL app. A, pp. 556-57 (2009); *cf. United States v. Loe*, 248 F.3d 449, 463 (5th Cir. 2001).

Velasquez has failed to rebut the presumption of reasonableness that we apply to his guidelines sentence and, therefore, has shown no error with respect to the substantive reasonableness of his sentence. *See United States v. Campos-Maldonado*, 531 F.3d 337, 338 (5th Cir. 2008).

The judgment of the district court is AFFIRMED.